An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HERMINIO RAMIREZ-LOPEZ,
Petitioner,
vs.
SHERIFF, CLARK COUNTY,
Respondent.

No. 62598



FILED

MAR 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus. Petitioner asks this court to compel the district court to hear his proper person motion for suppression of evidence. He contends that his counsel was ineffective for failing to move for suppression of evidence prior to trial, and his conviction was obtained in violation of the Fourth Amendment. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. See NRS 34.160; NRS 34.170. A challenge to the validity of a judgment of conviction should be raised in a post-conviction petition for a writ of habeas corpus filed in the district

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07751

court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

        ORDER the petition DENIED.

                                               , J.
                                       Gibbons

                                               , J.
                                       Douglas

                                             , J.
                                       Saitta

cc:    Herminio Ramirez-Lopez
       Attorney General/Carson City

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A